# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Ileah-mare Smith, | Civil Action No.:  2:16-cv-14295-MFL-DRG |
| Plaintiff, | |
| v. | |
| Joseph, Mann & Creed; and DOES 1-10, inclusive, | |
| Defendants. | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 22, 2017

Respectfully submitted,

By  _/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 22, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Nicole M. Strickler, Esq.
Stephanie Strickler, Esq.
Messer Strickler, Ltd.
225 West Washington, Suite 575
Chicago, IL 60606
*Attorneys for Defendant*

By  */s/ Sergei Lemberg*
Sergei Lemberg, Esq.