**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ILEAH-MARE SMITH,

     Plaintiff                              Case No. 16-cv-14295
                                             Hon. Matthew F. Leitman

v.

JOSEPH, MANN & CREED,

     Defendant.

_____/

**<u>STIPULATED ORDER OF DISMISSAL</u>**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Ileah-mare Smith                          Joseph, Mann & Creed

/s/ Jenny DeFrancisco                     /s/Stephanie Strickler

Jenny DeFrancisco, Esq.                   Stephanie Strickler, Esq.
LEMBERG LAW, LLC                          MESSER STRICKLER, LTD.
43 Danbury Road                           255 West Washington, Suite 575
Wilton, CT 06897                          Chicago, IL 60606
Tel: (203) 653-2250                       Tel: (312) 334-3465
jdefrancisco@lemberglaw.com               sstrickler@messerstrickler.com
Attorney for Plaintiff                    Attorney for Defendant


**IT IS SO ORDERED.**


s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE


Dated:  March 28, 2018